# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**CLARENCE LUKER**
Name under which you were convicted

**AIS# 276254**
Your prison number

CIVIL ACTION NO. **1:18-CV-0006-KD-B**
(To be supplied by Clerk of Court)

vs.

**BC-911- LesLey Bucannan Employee-Dispatcher and Lisa Dunbar BC-911's Government Attorney**
Name of Defendant(s)
**(P.O. BOX 1030)**

**Loxley WR/CWC 14880 County RD. 64 Loxley, AL 36551**
Place of Confinement and Address

FILED JAN 5 '18 PM 1:42 USDC/AL

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim <u>unless the claims are related to the same incident</u> or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. See Fed. R. Civ. P. 11(a). <u>No notary is required</u>.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes (✓)    No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: CLARENCE LUKER A.I.S.#276254

   Defendants: Escambia County Detention Center's (Nicole STEELE) Employee's (and Incarsarated Inmate) George Vivian's

   2. Court (if federal court, name the district; if state court, name the county): Southern District Courts 112 St. Joseph Street Mobile, AL 36602

   3. Docket Number: 00034/-CB-B (Warrant Number: 2010 000818.00 Middle District 2:12-CV-557-TSM Escambia County District Court)

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes (✓)    No ( )

   Sonja F. Bivins (Magistrate

   5. Name of judge to whom the case was assigned: Terry F. Moorer / JUDGES UNITED STATES MAGISTRATE

   6. If your case is no longer pending, and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   Dismissed with prejudice; Defendants were Immune; ALL of the Above; was moved, I was from District to District while Filing; Case WAS Destroyed BY THIS WITH MISSING MAIL

   7. Approximate date of filing lawsuit: June, 2011

3



IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

<u>SOUTHERN DIVISION</u>

CLARENCE LUHER A.I.S.#276254
  <u>Plaintiff</u>
VS.                                   CIVIL ACTION NO: _____
  BC-911 CENTER'S
Lesley Bucannan (Dispatcher) AND (Wittness)
LISA DUNBAR - (Government Attorney)
  <u>Defendants</u>

MOTION FOR PRODUCTION OF Documentation and Wittness statements; UNDER F.R.O.C.P., RULES 37(2) and 34 and 102.1 Confidentiallity RULES.

Comes now Plaintiff/under F.R.O.C.P., Rules For Courts to Compel AN ORDER: UNDER RULES 37(2) and 34, 102.1 Confidentiality: RULES-for PRODUCTION of SS CONSTRUCTORS-GOVERNMENT PAY SCALE, and, any, all RECORDS-pertaining to SS CONSTRUCTORS Company, and for Wittness statements pertaining to stolen and Donated moines from

(#2) the Company, from BC-911's GOVERNMENT Attorney LISA DUNBAR.

Respectfully Submitted By/Plaintiff) CLARENCE LUTHER A.I.S.# 276254 FORMER-Employee of SS Constructors Company, and only one who went to (JTPA) Construction Worker Cluster PROGRAM,

REQUEST: COURTS—TO SEND ORDER TO BC-911's (Address) BALDWIN CO 911 23130 MCAULIFFE DR. ROBERTSDALE, AL (Defendants) Address: 36567

and completed: 12-21-1988 (Guy Hunt Governor)

REQUEST: COURTS — TO SEND COPY OF RECORDS TO Plaintiff's (Address) Clarence Luther A.I.S. # 276254 Loxley WR/CWC G-17-A 14880 COUNTY Rd. 64 P.O. BOX 1030 Loxley, AL 36551

BECAUSE, HE WAS A Employee of SS CONSTRUCTORS COMPANY WHO'S monies where STOLEN OVER a 20 year period.

THank you FOR your Cooperation.

(#3)

ALSO, FOR COURTS TO Compel AN ORDER FOR Copy of Plaintiff's (JTPA) JOB TRAINING PARTNERSHIP ACT OF ALABAMA (CERTIFICATE DATED: 12-21-1988 DATE OF Completion, UNDER F.R.O.C.P.'s RULES 37(2), 34 AND 102.1 Confidentiality rules of the FEDERAL PROCEDURE of Civil PROCEDURE.

<u>CERTIFICATE OF SERVICE</u>

SENT TO COURTS TO Compel AN ORDER AND SEND TO Defendants a Copy - and Plaintiff a Copy - FOR Records - and, witness, statements, until PAID BACK stolen, OWED GOVERNMENT PAY, and FOR ARREST TO BE MADE (EXHIBIT A) Complaint and WARRANT So that Plaintiff can pay owed BACK - Child - Support and TAXES, AND HIRE AN ATTORNEY, and FOR SAVINGS, WHEN Release, from (ADOC) ALABAMA Department of Corrections

Respectfully Submitted, By:
Plaintiff: Clarence Luker
DATED:

| State of Alabama<br>Unified Judicial System<br><br>Form C-64   Rev.11/92 | **COMPLAINT and WARRANT**<br>(Felonies Misdemeanors, or Violations -<br>District Court or Municipal Court) | Warrant Number<br><br>Case Number |
|---|---|---|

IN THE **Circuit** COURT OF **BALDWIN**, ALABAMA
(Circuit, District, or Municipal) (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____

**CLARENCE LUKER** v. **LYNN BLACKBURN**
Plaintiff                                               Defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant, who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that _____, defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, commit the offense of _____ within the

☐ County of **BALDWIN**
☐ City/Town of **BAY MINETTE** or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.) **THEFT OF SS CONSTRUCTORS Company - GOVERNMENT PAY**

of
☐ Section _____, Ala. Code 1975
☐ Ordinance Number _____, which embraces section _____, Ala. Code 1975, previously adopted, effective and in force at the time the offense was committed.
☐ Other _____

Sworn to and Subscribed before me this ___ day of _____, _____.

**CLARENCE LUKER**
Complainant

_____
Judge/Magistrate/Warrant Clerk

_____
Address

_____
Telephone Number

**WARRANT OF ARREST**

TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

☐ Probable cause has been found on Complaint filed in this court against (name or description of person to be arrested) _____

charging: [description of offense(s)] _____

in violation of _____

OR

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested) _____

charging: [description of offense(s)] _____

in violation of _____

☐ YOU ARE THEREFORE ORDERED to arrest the person named or described above and bring that person before a judge or magistrate of this court to answer the charges against that person and have with you then and there this warrant with your return thereon. If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall take the accused person before the nearest or most accessible judge or magistrate in the county of arrest.

☐ You may release the accused person without taking the accused person before a judge or magistrate:
  ☐ If the accused person enters into a bond in the amount of $_____ with two good sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.
  ☐ If the accused person posts an appearance bond in the amount of $_____.
  ☐ On his or her personal recognizance.

_____                                               _____
Date                                                   Judge/Magistrate/Clerk


(#H)

Additional Notes to Courts:
I Clarence Luther AIS.#276254:
went to JTPA Program - Job Training Partnership Act of Alabama. While in program help build the BC-911 Center's Building before completing the Course for Construction Worker Cluster:- in 12-21-1988; Now while at Loxley WR/CWC am working on BC-911's Squad Job and abtain this Information: about a Company that my Uncle Howard ugene Luther owned part of, and the Companies monies where stolen and part of the monies was my owed Government Scaled pay over a period of time every since completing the JTPA program and working on Government Base Jobs for my uncle's Company, as Lead-Man SS Constructor's where I was a Crew Leader-Man for the Company and wasn't getting paid Government Scale Like I was suppose to be, Because of it being



#5

stolen and WHILE AT BC-911's SQUAD JOB aBtained this INFORMATION from BC-911's GoverNMent ATTORNey- LISA DUNBAR and Lesley Bucannan- DISpatcHer wHo SAy's sHe witness tHe Companies monies Being stolen; By: Lynn BLACKBURN and Jimmy BLACKBURN, (HER FATHER).

SINCERLY, Clarence Luker
A.I.S.#276254

Sent to Courts along with Civil Action Suit - for Courts- to Investigate - and aBtain - INformation - maHe ARRests and get monies, and pay; Returned- to pay owed-employee (plaintiff) CLARENCE LUKER A.I.S.#276254. BACK his STOLEN GOVERNMENT PAY SCALE so HE can pay BACK OWED CHild-Support, and TAXES, and Have tHe Rest, FOR ABtaining and ATTORNey and SAviNGS, and part put on ADOC Account to Live Better. RESPECTFULLY SUBMITTED BY: Plaintiff: Clarence Luker DATED:_____

(#6)

In adding Additional Notes:
to LEGAL MATTERS:
(Plaintiff)
Clarence Luther A.I.S. #276254

NOTE: UNCLE HOWARD UGENE LUTHER, ALSO HAD CONSTRACT WITH COMPANY KNUD NEILSEN - EVERGREEN, AL. and owned Land, on Pimperl Rd, where - Government Attorney - LISA DUNBAR'S (DISTRICT) is Located - and Government - SHUT - DOWN COMPANY for NO - DUE REASON - GIVING TO CONSTRACTOR - IN 2006.

ALL of this, HAD BEEN DONE, BECAUSE, of DISCRIMINATING against HIM, BECAUSE, HE WAS an REDEAGLE DESCENDANT, DISCRIMINATION against PORCH CREEH BAND INDIAN DESCENDANTS, and is still ACCURRING to His nephew who worked for HIM over a period of 20 years, also died since Plaintiff Has Been Incarsarated, and MRS. LISA DUNBAR HAS RECORDS of all of this, and (Plaintiff) didn't DONATE His owed moines to no one, NEVER CONSENT to None of this.

8. Approximate date of ruling by court: June 17, 2014

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Loxley WR/CWC

B. Date it occurred: On a Regular Basics

C. Is there a prisoner grievance procedure in this institution? NO    N/A

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (✓)  Couldn't, There Isn't Any.

E. If your answer is YES:

   1. What steps did you take? Told Squad Job-BC-911

   2. What was the result? Just Kept sending more Inmates with cellphones

F. If your answer is NO, explain why not: Because it's the Staff that's doing this

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

These Inmates Here are telling Lies to the C/O's Staff Here to create Discrimination and cause a Racail Right: point Blank all the Courts would Have to do is Review the Cameras after 1st Shift; 2nd and 3rd Shift are mainly when this occurs, Because, the Administration is gone then. This is Being caused By (BC-911)- Employees with Cellphones, By calling, Inmates with Cellphones, This is Happening Because, I plaintiff-Clarence Luther Had Company Monies Stolen from me and Donated to Records that BC-911 Has of Government Company Records-SS Constructors

wHere I WAS a CREW LEADER-MAN; for tHE Company for my UNCLE (HowARD Ugene LUtHER, PART OWNER of SS CoNstRuctoRs

### III. PARTIES.

A. Plaintiff (Your name/AIS): CLARENCE LUtHER AIS# 276254

Your present address: Loxley WR/CWC 14880 County Rd 64 P.O. BOX 1030 Loxley AL 36551

B. Defendant(s): BC-911 &

1. Defendant (full name) Lesley Bucannan employed as BC-911 Dispatcher (at BALDWIN County 911

His/her present address is 23130 MCAULIFFE DR, Robertsdale, AL 36567

(a) Claim against this defendant: Witnessed SS CoNstRuctoRs CompanY GoveRNment PAY Being StoleN; using GoveRNment LAWyeR to try and Cover tHis up INstead of ARResting THiefts.

(b) Supporting facts (Include date/location of incident): Numerous incidents wHile tHey are worKing and I'm worKing, and at Camp. also LisA DuNBAR GoveRNment LAWyeR tRying to Help CoveR up Stolen Company Monies fRom SS CoNstRuctoRs

2. Defendant (full name) LISA DUNBAR is employed as GoveRNment AttoRNey LAWyeR

at BALDWIN County BC-911 CenteR.

His/her present address is 23130 MCAULIFFE DR, Robertsdale, AL 36567

(a) Claim against this defendant: WAS HiRED foR plaintiff witHout plaintiff's Consent, and Has GoveRNment RecoRds of SS ConstRuctoRs Company Stolen GoveRNment pay.

(b) Supporting facts (Include date/location of incident): I was sent to BC-911 SquAD JoB from Loxley WR/CWC on 12-11-2016 - and met witness and GoveRNment AttoRNey and WAS sHowN BY (GoveRNment Att) plaintiff's stolen GoveRNment PAY SCALE wHeRe tHE Monies HAD BeeN DoNAted tHat HAD BeeN Sto

3. Defendant (full name) _____ is employed as _____

at _____.

5

His/her present address is <u>Work at Loxley WR/CWC</u>

(a) Claim against this defendant: <u>Discriminating against INMATES over SS Constructors Company ~ Government Pay Being Stolen and Government Scale Not Being Paid to plaintiff) Clarence Luther</u>

(b) Supporting facts (include date/location of incident): <u>(A.I.S. 226254) Every since Being Hired on (Squad Job BC-911: Cell phone) Incidents prove Being Harassed while at work and on the Job started 12-11-2016: and 911 Dispatcher Lesley Buchanan said she witness Companies Monies Being Stolen and Donated without Companies or Employees Consent, to do so.</u>

C. Additional Defendants. (If there are additional defendants, you may list them on separate pages using the same outline above). <u>ALABAMA DEPTMENT OF CORRECTIONS Loxley WR/CWC: are also witnesses of Incidents on many Accusations</u>

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: <u>13A-6-3 (2X2) HEAT OF PASSION: Manslaughter</u>

2. When were you convicted? <u>12/09/2010 (Sentenced)</u>

3. What is the term of your sentence? <u>20 Years</u>

4. When did you start serving this sentence? <u>9/24/2009 Jail time Crieted on Front of Sentence</u>

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )    No (✓)

If so, complete the following:

(a) Date of conviction: <u>12/09/2010 Plea-Agreement (446 ACT) Sentenced</u>

(b) Term of sentence: <u>20 Years  Parole Date 6/2016 ✱</u>

6. What is your expected end of sentence (E.O.S.) date? <u>9/24/2029 was turned down for parole without (Protest) JAN-2017 while work at BC-911</u>

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |

6

Invalidated   yes( ) no(✓)          yes( ) no(✓)
Writ of habeas   yes( ) no(✓)       yes( ) no(✓)
   corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: N/A

**V.** State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Return Government Scaled Pay Stolen from Plaintiff; and then He can Hire His own Attorney Should Have Gotten a 20 year-Split-5 year Sentence time Served.

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

Former-NASA-Employee FOR SS Contractor

12-8-2017
Date

Clarence Zuber AIS#276254
(Signature of Plaintiff Under Penalty of Perjury)

Loxley WR/CWC  G-17-A
Current Mailing Address
14880 County Rd. 64
P.O. Box 1030 Loxley, AL 36551

(251) 964-5044
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

CLARENCE LUKER AIS#276254
Loxley WR/CWC G-17-A
14886 County Rd. 64
P.O. Box 1030
Loxley, AL 36551

UNITED STATES - ALABAMA -
SOUTHERN DISTRICT COURTS
113 ST. JOSEPH STREET
MOBILE, AL 36602

[ LEGAL MAIL ]

FORMER-GOVERNMENT CONTRACTOR → FORMER-NASA-Employee FOR-SS CONTRUCTORS (COMPANY) → PUNISHABLE BY FEDERAL LAW

U.S. LAW CODE 42

TAMPERZNG WITH MAIL IS AN FEDERAL OFFENSE