```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF ALABAMA
              SOUTHERN DIVISION
```

| | |
|---|---|
| CLARENCE LUKER, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 18-00006-KD-B |
| LESLEY BUCANNAN, *et. al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner's complaint is **dismissed without prejudice** for failure to obey the court's orders.

DONE this 27th day of March 2018.

s/Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE